1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH MILLS,

11              Petitioner,            No. CIV S-05-1735 DFL CMK P

12        vs.

13   ATTORNEY GENERAL of
     State of California,
14
                Respondent.            ORDER
15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

18   pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

19   Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20   a request to proceed in forma pauperis or submit the appropriate filing fee.

21           In accordance with the above, IT IS HEREBY ORDERED that:

22           1. Petitioner shall submit, within thirty days from the date of this order, an

23   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24   petitioner's failure to comply with this order will result in the dismissal of this action; and

25   /////

26   /////

1

1          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma
2  pauperis form used by this district.
3
4  DATED: September 1, 2005.
5
6                                                 /s/ Craig M. Kellison
                                                  **CRAIG M. KELLISON**
7                                                 UNITED STATES MAGISTRATE JUDGE
8
9  /bb
   mill1735.101a