IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

    Petitioner,                   No. CIV S-05-1735 DFL CMK P

    vs.

ATTORNEY GENERAL of
State of California,

    Respondent.                ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1  2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2  pauperis form used by this district.

4  DATED: September 1, 2005.

                    **CRAIG M. KELLISON**
                    UNITED STATES MAGISTRATE JUDGE

/bb
mill1735.101a