**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH MILLS, | No. CIV S-05-1735-DFL-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| ATTORNEY GENERAL, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On December 13, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within ten days. Petitioner has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.    The findings and recommendations filed December 13, 2005, are adopted in full;

4       2.    This petition for a writ of habeas corpus is dismissed; and

5       3.    The Clerk of the Court is directed to enter judgment and close this file.

Dated: 2/7/2006

_____
DAVID F. LEVI
United States District Judge