IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

    Petitioner,                 No. CIV S-05-1735 DFL CMK P

    vs.

ATTORNEY GENERAL, et al.,

    Respondents.             <u>ORDER</u>

_____/

        This petition for writ of habeas corpus was dismissed on February 8, 2006. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: June 28, 2006.

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE

/mp
mill 05cv1735.158